# In the United States Court of Federal Claims

No. 20-1144
Filed: January 27, 2021

|  |  |
|---|---|
| MIGUEL JUNIOR MORRIS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER DISMISSING CASE

On August 27, 2020, plaintiff, Miguel Junior Morris, proceeding *pro se*, filed a complaint with this Court, "demand[ing] compensation in the amount of $1 million dollars and [the] immediate discharge[] from the custody of the Attorney General of the United States." On September 11, 2020 the Court, believing it lacks subject-matter jurisdiction over plaintiff's complaint, ordered the plaintiff to show cause as to why his case should not be dismissed. Order to Show Cause, ECF No. 8. Plaintiff failed to respond to the Court's Order to Show Cause. Therefore, plaintiff's Complaint is hereby **DISMISSED**, pursuant to RCFC 12(h)(3) and for failure to prosecute pursuant to RCFC 41(b). The Clerk of Court is directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

*Loren A. Smith*

Loren A. Smith,
Senior Judge